# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-0279
L.T. Case No. 16-2022-CP-2473

_____

RAYMOND L. DAVIS,

    Appellant,

    v.

PAULINE ALEXANDER and
THE ESTATE OF
RAYMOND E.L. DAVIS, SR.,

    Appellees.

_____


On appeal from the Circuit Court for Duval County.
Thomas More Beverly, Judge.

Raymond L. Davis, Orlando, Pro Se.

No Appearance for Appellees.

January 22, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and LAMBERT and MacIver, JJ., concur.

----

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

----